IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

    v.                CASE NO. 11-50099-001

MANUEL PEREZ-PEREZ
a/k/a Juan Manuel Alvarez-Perez                             DEFENDANT

### ORDER

Now on this 3rd day of November, 2011, comes on for consideration the **Magistrate Judge's Report and Recommendation (Doc. 14)** filed herein on November 1, 2011, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The parties have waived their right to file objections to the Report and Recommendation.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the Court accepts the Defendant's guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a), and the Court tentatively approves the written plea agreement, subject to final approval at sentencing.

IT IS SO ORDERED.

                                            /S/JIMM LARRY HENDREN
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE